IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| STELLA IMMANUEL,<br>          Plaintiff,<br><br>v.<br><br>TEGNA, INC.,<br>          Defendant. | No: 1:22-cv-01252-MSN-IDD |

## ORDER

It appears that no service of the complaint has been made on Defendant within 90 days of the complaint's filing. Accordingly, it is hereby

**ORDERED** that within fourteen (14) days the Plaintiff show cause, if any, why this civil action should not be dismissed pursuant to Fed. R. Civ. P. 4(m).

It is **SO ORDERED**.

The Clerk is directed to forward a copy of this Order to plaintiff.

                                                                              /s/
                                      Hon. Michael S. Nachmanoff
                                      United States District Judge

Alexandria, Virginia
February 28, 2023